Case3:13-cv-01929-EMC Document25 Filed06/27/13 Page1 of 4

MORDECAI D. BOONE (SBN: 196811)
mboone@gordonrees.com
KARA PERSSON (SBN: 210582)
kpersson@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
TOTAL SWEETENERS, INC., individually
and doing business as BATORY FOODS

Gordon & Rees LLP
275 Battery Street, Suite 2000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN LICORICE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>TOTAL SWEETENERS, INC.; BATORY FOODS, INC. and DOES 1 through 10, Inclusive<br><br>Defendant. | CASE NO. 2013-cv-01929 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE AND SERVE OPPOSITION AND REPLY BRIEFS RE: DEFENDANT'S MOTION TO DISMISS [DOCKET NO. 22]**<br><br>Hearing Date: August 1, 2013 |

Pursuant to Civil L.R. 6-1(b) and 6-2(a), Plaintiff American Licorice Company (hereafter "Plaintiff") and Defendant Total Sweeteners, Inc., individually and doing business as Batory Foods (hereafter "Defendant") (collectively, the "parties"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on June 14, 2013, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint for Failure to State a Claim, Federal Rule of Civil Procedure 12(b)(6) [Docket No. 22] ("Defendant's Motion");

WHEREAS, Plaintiff's opposition to Defendant's Motion is currently due to be filed and served on June 28, 2013, and Defendant's Reply in support of Defendant's Motion is currently due to be filed and served on July 5, 2013 (Civil L.R. 7-3(a), 7-3(b));

1

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE AND SERVE OPPOSITION AND REPLY BRIEFS FOR DEFENDANT'S MOTION TO DISMISS [DOCKET NO. 22]

2013-cv-01979 EMC

Case3:13-cv-01929-EMC Document25 Filed06/27/13 Page2 of 4

WHEREAS, the hearing date for Defendant's Motion is August 1, 2013;

WHEREAS, Defendant's counsel will be traveling during the week of July 1-7, 2013, and will be unavailable to prepare Defendant's Reply in support of Defendant's Motion in time for the current due date of July 5th;

WHEREAS, in light of Defendant's counsel's unavailability, and because an extension will not interfere with the current hearing date for Defendant's motion nor will it interfere with the Court's opportunity to obtain and review the parties' briefs well in advance of the hearing, both parties agree good cause exists to support a briefing extension;

THEREFORE, both parties have mutually agreed to 10-day extensions of time to file and serve their opposition and reply briefs, pursuant to which Plaintiff's Opposition to Defendant's Motion will be filed and served no later than July 8, 2013, and Defendant's Reply will be filed and served no later than July 15, 2013.

**SO STIPULATED:**

NIXON PEABODY LLP

Dated: June 26, 2013

By: ______________________
Lauren Marian Michals
Counsel for Plaintiff American Licorice Company

GORDON & REES LLP

Dated: June 26, 2013

By: */s/ Kara Persson*
Mordecai D. Boone / Kara Persson
Counsel for Defendant Total Sweeteners, Inc., individually and doing business as Batory Foods

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: June 27, 2013

HON. [illegible]
United [illegible]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Edward M. Chen

Gordon & Rees LLP
275 Battery Street, Suite 2000

CGIC/1083731/16025281v.1

2

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE AND SERVE OPPOSITION AND REPLY BRIEFS FOR DEFENDANT'S MOTION TO DISMISS [DOCKET NO. 22]

2013-cv-01979 EMC

MORDECAI D. BOONE (SBN: 196811)
mboone@gordonrees.com
KARA PERSSON (SBN: 210582)
kpersson@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
TOTAL SWEETENERS, INC. dba BATORY FOODS
(Incorrectly sued herein as Total Sweeteners, Inc. and Batory Foods, Inc.)

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN LICORICE COMPANY

Plaintiff,

vs.

TOTAL SWEETENERS, INC.; BATORY FOODS, INC. and DOES 1 through 10, Inclusive

Defendant.

CASE NO. 2013-CV-01929-EMC

**CERTIFICATE OF SERVICE**

CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP, 275 Battery Street, Suite 2000, San Francisco, CA 94111. On June 26, 2013, I served the within documents:

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE AND SERVE OPPOSITION AND REPLY BRIEFS RE: DEFENDANT'S MOTION TO DISMISS [DOCKET NO. 22]**

☒ **BY ELECTRONIC CASE FILING.** I caused the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Diego, addressed as set forth below.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on June 26, 2013, at San Diego, California.

*/s/ Coral M. Rogers*
Coral M. Rogers

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**