# In the United States District Court
# for the Northern District of California
# District Judge Edward M. Chen

## CIVIL MINUTES

**Date:**　　　　　　　　　August 22, 2013　　　　　　**FTR Time:** 9:06-9:11

**Case No. and Name:**　　C13-1929 EMC American Licorice v. Total Sweetener, et al.

**.Attorneys:**　　　　　　Lauren Michals for Plaintiff
　　　　　　　　　　　　　Mordecai Boone for Defendants

**Deputy Clerk:**　　　　　Betty Lee

## PROCEEDINGS:

- CMC

## SUMMARY:

- Defendants informed the Court that third parties will be named.  Third parties to be added within 30 days.  This case is referred to ADR for mediation.  Mediation is to be completed by 1/15/14.  Prior to mediation, each side may take two (2) depositions each.  Initial disclosures shall be exchanged by 8/30/13.  Written discovery shall be limited to focused discovery necessary to facilitate mediation.  Any further discovery shall be taken pursuant to further order of the Court or stipulation.   Instead of filing formal discovery motions, parties shall refer to this Court's standing order to meet and confer and submit joint letter on unresolved issues to the Court.

Further CMC is set for 1/30/14 at 10:30 a.m.  Further discovery, motion and trial dates to be discussed at that time.  An updated joint CMC Statement shall be filed by 1/23/14.

cc: ADR