1  RALPH A. LOMBARDI (STATE BAR NO. 048217)
   ral@llcllp.com
2  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
3  1999 Harrison Street, Suite 2600
   Oakland, CA 94612
4  Telephone: (510) 433-2600
   Facsimile: (510) 433-2699
5
   *PATRICK E. BROOKHOUSER, JR.*
6  *PRO HAC VICE APPLICATION TO BE SUBMITTED*
   MCGRATH NORTH MULLIN & KRATZ, PC LLO
7  First National Tower, Suite 3700
   1601 Dodge Street
8  Omaha, Nebraska 68102
   Telephone: (402) 341-3070
9  Facsimile: (402) 341-0216
   pbrookhouser@mcgrathnorth.com
10

11 Attorneys for Third-Party Defendants Imperial Sugar Company,
   Imperial Distributing, Inc., and Savannah Sugar Refinery,
12 erroneously listed as a company separate from Imperial Sugar
   Company
13

14                 UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  AMERICAN LICORICE COMPANY, | Case No. 3:13-CV-01929-EMC |
| 18             Plaintiff, | |
| 19       v. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR THIRD-PARTY DEFENDANTS SAVANNAH SUGAR REFINERY, IMPERIAL SUGAR COMPANY, AND IMPERIAL DISTRIBUTING, INC. TO RESPOND TO THIRD-PARTY COMPLAINT** |
| 20  TOTAL SWEETENERS, INC.; individually and doing business as BATORY FOODS, | |
| 21  INC., and DOES 1 through 10 Inclusive, | |
| 22             Defendant. | |
| 23  _____ | Honorable Edward M. Chen |
| 24  TOTAL SWEETERS, INC., individually and doing business as BATORY FOODS, | |
| 25             Third-party Plaintiff, | |
| 26 | |

-1-

Case No. 3:13-CV-01929-EMC

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR THIRD-PARTY DEFENDANTS SAVANNAH SUGAR REFINERY, IMPERIAL SUGAR COMPANY, AND IMPERIAL DISTRIBUTING, INC. TO RESPOND TO THIRD-PARTY COMPLAINT)

| | |
|---|---|
| 1 | |
| 2 | v. |
| 3 | SAVANNAH SUGAR REFINERY, a subsidiary of IMPERIAL SUGAR COMPANY; IMPERIAL SUGAR COMPANY; IMPERIAL DISTRIBUTING, INC., DOMINO FOODS, INC.; and DOES 1 through 10, inclusive, |
| 6 | |
| 7 | Third-Party Defendants. |

8  WHEREAS the Summons and Third-Party Complaint were served on Imperial Sugar
9  Company and Imperial Distributing, Inc. on September 20, 2013, making a response to the
10 Third-Party Complaint due on October 11, 2013;

11  WHEREAS a summons addressed to Savannah Sugar Refinery, identified as a subsidiary
12 of Imperial Sugar Company, was served on September 20, 2013, making any response to the
13 Third-Party Complaint due on October 11, 2013;

14  WHEREAS, Counsel for Imperial Sugar Company has informed counsel for the Third-
15 Party Plaintiff that it appears that Savannah Sugar Refinery is not a company separate from
16 Imperial Sugar Company;

17  WHEREAS, Counsel for Imperial Sugar Company, Imperial Distributing, Inc., and
18 Savannah Sugar Refinery (erroneously listed as a company separate from Imperial Sugar
19 Company), desires additional time beyond October 11, 2013 to prepare a response to the Third-
20 Party Complaint;

21  Whereas, Counsel for Imperial Sugar Company, Imperial Distributing, Inc., and
22 Savannah Sugar Refinery (erroneously listed as a company separate from Imperial Sugar
23 Company) are still evaluating the Third-Party Complaint but anticipate filing a Motion to
24 Dismiss;

25
26                                                    -2 -
27  Case No. 3:13-CV-01929-EMC      STIPULATION AND [PROPOSED] ORDER
                                    EXTENDING TIME FOR THIRD-PARTY
28                                  DEFENDANTS SAVANNAH SUGAR REFINERY,
                                    IMPERIAL SUGAR COMPANY, AND IMPERIAL
                                    DISTRIBUTING, INC. TO RESPOND TO THIRD-
                                    PARTY COMPLAINT

WHEREAS, this request for an extension of time is made in good faith and not for the purpose of delay, and will not unfairly prejudice any party;

WHEREAS, Third-Party Plaintiff and its counsel do not object to this extension, however if a motion to dismiss is filed by Third-Party Defendants, Third-Party Plaintiff anticipates that the current date for mediation may need to be moved and may so request the Court;

IT IS HEREBY STIPULATED, by and between Third-Party Plaintiff and the Third-Party Defendants Imperial Sugar Company, Imperial Distributing, Inc. and Savannah Sugar Refinery (erroneously listed as a company separate from Imperial Sugar Company) that the deadline for those Third-Party Defendants to file their response to the Third-Party Complaint is extended by seven (7) days to and including October 18, 2013.

Dated:  October 10, 2013                                    LOMBARDI, LOPER & CONANT, LLP


                                                            /s/ Ralph A. Lombardi
                                                    By:     RALPH A. LOMBARDI

                                                            and

                                                            PATRICK E. BROOKHOUSER, JR.
                                                            *(Pro Hac Vice application to be submitted)*

                                                            MCGRATH NORTH MULLIN & KRATZ, PC LLO


                                                            Attorneys for Third-Party Defendants Imperial Sugar Company, Imperial Distributing, Inc., and Savannah Sugar Refinery, Erroneously Listed As A Company Separate From Imperial Sugar Company

-3-

Case No. 3:13-CV-01929-EMC

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR THIRD-PARTY DEFENDANTS SAVANNAH SUGAR REFINERY, IMPERIAL SUGAR COMPANY, AND IMPERIAL DISTRIBUTING, INC. TO RESPOND TO THIRD-PARTY COMPLAINT

GORDON & REES LLP

By:    /s/ *Mordecai D. Boone*
MORDECAI D. BOONE
KARA PERSSON

Attorneys for Third-Party Plaintiff
Total Sweeteners, Inc. d/b/a Batory Foods

**[PR~~OPO~~SED] ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED:    10/15/13

Hon. Edward M. Chen

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

**ATTESTATION**

I, Ralph A. Lombardi, hereby attest pursuant to N.D. Cal. Local Rule 5.1(i)(3) that concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: October 10, 2013

   /s/ *Ralph A. Lombardi*
Ralph A. Lombardi

-4-

Case No. 3:13-CV-01929-EMC

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR THIRD-PARTY DEFENDANTS SAVANNAH SUGAR REFINERY, IMPERIAL SUGAR COMPANY, AND IMPERIAL DISTRIBUTING, INC. TO RESPOND TO THIRD-PARTY COMPLAINT