MORDECAI D. BOONE (SBN 196811)
mboone@gordonrees.com
KARA PERSSON (SBN 210582)
kpersson@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
TOTAL SWEETENERS, INC., individually
and doing business as BATORY FOODS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN LICORICE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>TOTAL SWEETENERS, INC.; BATORY FOODS, INC. and DOES 1 through 10, Inclusive,<br><br>　　　　　　　Defendant.<br>_____<br>TOTAL SWEETENERS, INC.; BATORY FOODS, INC. and DOES 1 through 10, Inclusive,<br><br>　　　　　　　Third-Party Plaintiff,<br><br>　vs.<br><br>SAVANNAH SUGAR REFINERY, a subsidiary of IMPERIAL SUGAR COMPANY; IMPERIAL SUGAR COMPANY; IMPERIAL DISTRIBUTING, INC., DOMINO FOODS, INC.; and DOES 1 through 10, Inclusive,<br><br>　　　　　　　Third-Party Defendants. | CASE NO.  2013-cv-01929 EMC<br><br>**STIPULATION AND [PR~~OPO~~SED] ORDER EXTENDING AND SETTING TIME FOR MEDIATION**<br><br>Honorable Edward M. Chen |

1

**STIPULATION AND [PROPOSED] ORDER EXTENDING AND SETTING TIME FOR MEDIATION**
2013-cv-01979 EMC

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

WHEREAS, a Case Management Conference was held on August 22, 2013, wherein the Court ordered that third parties were to be added within 30 days, and the Mediation of this action was to be completed by January 15, 2014;

WHEREAS, a Third Party Complaint was filed and served on or before September 20, 2013;

WHEREAS, third party defendants have filed Motions to Dismiss the Third Party Complaint, which are not set for hearing until December 12, 2013;

WHEREAS, deposition discovery will not proceed until the Motions to Dismiss the Third Party Complaint have been determined;

WHEREAS, the plaintiff, defendant and third party defendants have met with the assigned mediator in this action and agree that a meaningful mediation cannot proceed until there is an opportunity to conduct deposition discovery, and that appropriate deposition discovery cannot proceed until the pending Motions to Dismiss the Third Party Complaint have been determined;

WHEREAS, the parties in good faith and not for the purpose of delay, request an extension of time to mediate this action, and

WHEREAS, the parties' agreement to mediate this matter in March 2014, with the assigned mediator Peter Smith, will not unfairly prejudice any party;

IT IS HEREBY STIPULATED, by and between Plaintiff, American Licorice Company, Defendant and Third Party Plaintiff Total Sweeteners, Inc., individually and doing business as Batory Foods, and Third-Party Defendants Imperial Sugar Company, Imperial Distributing, Inc. and Savannah Sugar Refinery (erroneously listed as a company separate from Imperial Sugar Company) and Domino Foods, Inc. that the deadline to complete mediation in this matter is extended, and that mediation will proceed with assigned mediator Peter Smith of Dhillon & Smith no later than March 31, 2014.

/ / /

/ / /

**SO STIPULATED:**

                              NIXON PEABODY LLP

Dated: December 2, 2013      By: _____/s/_____
                              Lauren Marian Michals
                              Counsel for Plaintiff
                              American Licorice Company


                              GORDON & REES LLP

Dated: December 2, 2013      By: _____/s/_____
                              Mordecai D. Boone / Kara Persson
                              Counsel for Defendant Total Sweeteners, Inc.,
                              individually and doing business as Batory
                              Foods


                              LOMBARDI, LOPER & CONANT, LLP

Dated: December 2, 2013      By: _____/s/_____
                              Ralph A. Lombardi
and

                              Patrick E. Brookhouser, Jr.
                              (Pro Hac Vice application to be submitted)
                              MCGRATH NORTH MULLIN & KRATZ,
                              PC LLO
                              Counsel for Third-Party Defendants Imperial
                              Sugar Company, Imperial Distributing, Inc., and
                              Savannah Sugar Refinery, Erroneously Listed as
                              a Company Separate From Imperial Sugar
                              Company


                              BINGHAM McCUTCHEN LLP

Dated: December 3, 2013      By: _____/s/_____
                              Colin C. West
                              Counsel for Third-Party Defendant
                              Domino Foods, Inc.

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*

**[~~PROP~~OSED] ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED. The Case Management conference is reset from 2/13/14 to 3/27/14 at 10:30 am.

DATED: 12/9/13

Hon. Edward M. Chen

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen