Bingham McCutchen LLP
RICK ROTHMAN (SBN 142437)
rick.rothman@bingham.com
COLIN C. WEST (SBN 184095)
colin.west@bingham.com
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Attorneys for Third-party Defendant
DOMINO FOODS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN LICORICE COMPANY,<br><br>              Plaintiff,<br><br>  vs.<br><br>TOTAL SWEETENERS, INC.; individually and doing business as BATORY FOODS, INC., and DOES 1 through 10, Inclusive,<br><br>              Defendant. | CASE No. 2013-cv-01929 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARINGS ON MOTIONS TO DISMISS**<br><br>Date:    December 19, 2013<br>Time:   1:30<br>Judge:  Hon. Edward M. Chen<br>Courtroom: 5<br><br>Complaint Filed: September 17, 2013 |
| TOTAL SWEETENERS, INC., individually and doing business as BATORY FOODS,<br><br>              Third-party Plaintiff,<br><br>  vs.<br><br>SAVANNAH SUGAR REFINERY, a subsidiary of IMPERIAL SUGAR COMPANY; IMPERIAL SUGAR COMPANY; IMPERIAL DISTRIBUTING, INC.; DOMINO FOODS, INC.; and ROES 1 through 10, inclusive,<br><br>              Third-party Defendants. | |

A/75857162

Case No. 2013-cv-01929 EMC
STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARINGS ON MOTIONS TO DISMISS

Third-party Plaintiff Total Sweeteners, Inc. ("Total Sweeteners") and Third-party Defendants Domino Foods, Inc. ("Domino") and Imperial Distributing, Inc., Imperial Sugar Company, and Savannah Sugar Refinery (collectively, "Imperial"), through their counsel of record, hereby stipulate to reschedule both hearings on the Motions to Dismiss filed by Domino and Imperial, respectively. Those hearings were previously scheduled for December 19, 2013, but due to a scheduling conflict, the parties have agreed to reschedule both hearings to February 13, 2014 at 1:30 p.m. The Court has indicated it has availability at that time.

DATED: December 10, 2013

Respectfully submitted,

BINGHAM MCCUTCHEN LLP

By: */s/ Colin C. West*
Colin C. West
Attorneys for Third-party Defendant
Domino Foods, Inc.

In accordance with Local Rule 5-1(i), the above signatory attests that concurrence in the filing of this document has been obtained from the signatories below.

DATED: December 10, 2013

GORDON & REES LLP

By: */s/ Mordecai D. Boone*
Mordecai D. Boone
Kara Persson
Attorneys for Defendant Total Sweeteners, Inc. dba Batory Foods

DATED: December 10, 2013

McGRATH NORTH MULLIN & KRATS, PC LLO

By: */s/ Patrick E. Brookhouser*
Patrick E. Brookhouser, Jr.
Attorneys for Defendant Imperial Distributing, Inc., et al.

1 | PURSUANT TO THE STIPULATION, **IT IS SO ORDERED**.

3 | Dated: 12/10/13 _____

APPROVED

Judge Edward M. Chen

_____
Judge