Lauren M. Michals, State Bar No. 184473
lmichals@nixonpeabody.com
Scott S. Shepardson, State Bar No. 197446
sshepardson@nixonpeabody.com
Shady E Joulani, State Bar No. 287910
sjoulani@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA  94111-3600
Tel:  415-984-8200
Fax: 415-984-8300

Attorneys for Plaintiff
AMERICAN LICORICE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN LICORICE COMPANY,<br><br>          Plaintiff,<br><br>     vs.<br><br>TOTAL SWEETENERS, INC. dba BATORY FOODS, INC. and DOES 1 through 10 Inclusive,<br><br>          Defendants. | Case No. 3:13-cv-01929-EMC<br><br>**JOINT STIPULATION AND [PR~~OPO~~SED] ORDER RE PLAINTIFF AMERICAN LICORICE COMPANY'S RESPONSES TO DEFENDANT TOTAL SWEETENERS, INC.'S REQUESTS FOR ADMISSIONS, SET ONE**<br><br>Judge:   Hon. Edward M. Chen<br><br>Courtroom:  5 |
| TOTAL SWEETENERS, INC., individually and doing business as BATORY FOODS,<br><br>          Third-party Plaintiff,<br><br>     vs.<br><br>SAVANNAH SUGAR REFINERY, a subsidiary of IMPERIAL SUGAR COMPANY; IMPERIAL SUGAR COMPANY; IMPERIAL DISTRIBUTING, INC.; DOMINO FOODS, INC.; and ROES 1 through 10, inclusive,<br><br>          Third-party Defendants. | |

JOINT STIPULATION AND [PROPOSED] ORDER RE PLAINTIFF AMERICAN LICORICE COMPANY'S RESPONSES TO DEFENDANT TOTAL SWEETENERS, INC.'S REQUESTS FOR ADMISSIONS, SET ONE
4850-8780-5217.1

1

CASE NO. 3:13-CV-01929-EMC

1    Pursuant to Civil Local Rule 7-12, Plaintiff American Licorice Company (hereafter
2  "Plaintiff") and Defendant and Third-Party Plaintiff Total Sweeteners, Inc., individually and
3  doing business as Batory Foods, Inc. (hereafter "Defendant") by and through their respective
4  counsel enter into the following stipulation:
5    WHEREAS, Defendant's counsel contends it served on Plaintiff's counsel Defendant
6  Total Sweeteners, Inc.'s Requests for Admissions, Set One, on June 6, 2014.
7    WHEREAS, Plaintiff has no record of receiving Defendant's Requests for Admissions,
8  Set One, until counsel for Defendant contacted counsel for Plaintiff by e-mail regarding the same
9  on or about November 25, 2014.
10    WHEREAS, Defendant provided Plaintiff with proof of service, and confirmed that other
11  parties had received the Requests for Admission at issue.
12    WHEREAS, after meeting and conferring, Plaintiff responded to Defendant's Requests
13  for Admissions, Set One, on December 31, 2014, despite having no record of being formally
14  served with this set of Requests for Admission.
15    WHEREAS, Plaintiff and Defendant have met and conferred regarding the status of
16  Defendant's Requests for Admissions, Set One.
17    THEREFORE, Plaintiff and Defendant stipulate that Plaintiff is not deemed to have
18  admitted, any of the matters contained in Defendant's Requests for Admissions, Set One as a
19  result of failure to respond to that discovery.
20    THEREFORE, Plaintiff and Defendant stipulate that the operative responses and
21  objections to Defendant's Requests for Admissions, Set One, are those that were served on
22  Defendant on December 31, 2014.
23  **IT IS SO STIPULATED**:

JOINT STIPULATION AND [PROPOSED] ORDER RE PLAINTIFF AMERICAN LICORICE COMPANY'S RESPONSES TO DEFENDANT TOTAL SWEETENERS, INC.'S REQUESTS FOR ADMISSIONS, SET ONE
4850-8780-5217.1

2   CASE NO. 3:13-CV-01929-EMC

| | |
|---|---|
| Dated: February 12, 2015 | NIXON PEABODY LLP |
| | By: /s/ Shady E. Joulani |
| | Lauren M. Michals |
| | Scott S. Shepardson |
| | Shady E Joulani |
| | Attorneys for Plaintiff |
| | AMERICAN LICORICE COMPANY |
| Dated: February 12, 2015 | GORDON & REES LLP |
| | By: /s/ Richard R. Ames |
| | Mordecai D. Boone |
| | Richard Ames |
| | Attorneys for Defendant |
| | TOTAL SWEETENERS, INC., |
| | individually and doing business as |
| | BATORY FOODS |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 2/17/15

IT IS SO ORDERED

Judge Edward M. Chen

JOINT STIPULATION AND [PROPOSED] ORDER RE PLAINTIFF AMERICAN LICORICE COMPANY'S RESPONSES TO DEFENDANT TOTAL SWEETENERS, INC.'S REQUESTS FOR ADMISSIONS, SET ONE
4850-8780-5217.1

3

CASE NO. 3:13-CV-01929-EMC