Lauren M. Michals, State Bar No. 184473
lmichals@nixonpeabody.com
Scott S. Shepardson, State Bar No. 197446
sshepardson@nixonpeabody.com
Shady E Joulani, State Bar No. 287910
sjoulani@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA  94111-3600
Tel:  415-984-8200
Fax: 415-984-8300

Attorneys for Plaintiff
AMERICAN LICORICE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN LICORICE COMPANY,<br><br>                  Plaintiff,<br><br>vs.<br><br>TOTAL SWEETENERS, INC.; individually and doing business as BATORY FOODS, INC. and DOES 1 through 10 Inclusive,<br><br>                  Defendants.<br><br>TOTAL SWEETENERS, INC., individually and doing business as BATORY FOODS,<br><br>                  Third-party Plaintiff,<br><br>vs.<br><br>SAVANNAH SUGAR REFINERY, a subsidiary of IMPERIAL SUGAR COMPANY; IMPERIAL SUGAR COMPANY; IMPERIAL DISTRIBUTING, INC.; DOMINO FOODS, INC.; and ROES 1 through 10, inclusive,<br><br>                  Third-party Defendants. | Case No. 3:13-cv-01929-EMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii); AND ORDER**<br><br>Judge:   Hon. Edward M. Chen<br><br>Courtroom:   5<br><br>Complaint Filed:   April 26, 2013 |

1 STIPULATION TO DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties hereto, through their designated counsel, HEREBY STIPULATE AND AGREE to a dismissal with prejudice of this entire action, *American Licorice Company v. Total Sweeteners, Inc.*, 3:13-cv-01929-EMC, including without limitation all claims and third-party claims pursuant to the terms of the Confidential Release and Settlement Agreement executed by all parties in this matter. Each party shall bear its own attorneys' fees and costs.

Dated: May 1, 2015

Respectfully submitted,

NIXON PEABODY LLP

By: /s/ *Lauren M. Michals*
Lauren M. Michals
Scott S. Shepardson
Shady E Joulani
Attorneys for Plaintiff
AMERICAN LICORICE COMPANY

Dated: May 1, 2015

GORDON & REES LLP

By: /s/ *Mordecai D. Boone*
Mordecai D. Boone
Richard Ames
Attorneys for Defendant and
Third-party Plaintiff
TOTAL SWEETENERS, INC.,
individually and doing business as
BATORY FOODS, INC.

Dated: May 1, 2015

MORGAN LEWIS LLP

By: /s/ *Colin C. West*
Colin C. West
Rick Rothman
Attorneys for Third-party Defendant
DOMINO FOODS, INC.

STIPULATION OF DISMISSAL WITH
PREJUDICE PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii); AND ORDER

-1-

CASE NO. 3:13-CV-01929-EMC

Dated: May 1, 2015

MCGRATH NORTH MULLIN & KRATZ, PC LLO

By: /s/ *Patrick E. Brookhouser, Jr.*
Patrick E. Brookhouser, Jr.
Counsel for Third-party Defendants Imperial Sugar Company, Imperial Distributing, Inc., and Savannah Sugar Refinery

**IT IS SO ORDERED**:

Dated: May 4, 2015

_____
IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4822-2493-4435.2

STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii); AND ORDER                -2-                CASE NO. 3:13-CV-01929-EMC